## JACK COLLINS v. STATE.

No. A-8663.   June 19, 1934.

(33 Pac. [2d] 1118.)

E. M. Anderson, for plaintiff in error.

J. Berry King; Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, hereinafter referred to as defendant, was convicted in the district court of Rogers county of grand larceny, and was sentenced to serve a term of one year in the state penitentiary.

The appeal was filed in this court on December 19, 1933. No brief has been filed in support of the appeal. No fundamental or jurisdictional error appears. The appeal is without merit.

The case is affirmed.